**Order entered April 8, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00134-CR

## CHRISTOPHER A. GERLICH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the County Court at Law No. 4
### Collin County, Texas
### Trial Court Cause No. 004-82738-2019

### ORDER

Before the Court is court reporter Denise Condron's April 6, 2020 request to extend time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before May 6, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE